IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO ANDRES COBB,

      Petitioner,                      No. CIV S-04-1299 RRB EFB P

      vs.

SCOTT KERNAN, Warden, et al.,

      Respondents.            ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 19, 2007, petitioner requested an extension of time to file and serve objections to the July 3, 2007 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's July 19, 2007 request is granted and petitioner's objections filed July 26, 2007, are deemed timely filed.

DATED: September 17, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE