IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ANDRES COBB,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SCOTT KERNAN, Warden, et al.,<br><br>　　　　Respondents. | Case No. 2:04-cv-1299 JKS EFB<br><br><br>ORDER |

　　　　Petitioner, a state prisoner now represented by counsel, has timely filed a Notice of Appeal from the judgment entered herein on January 9, 2008. Docket No. 27.

　　　　Before Petitioner can appeal the judgment, a Certificate of Appealability ("COA") must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). "To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that . . . includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 482 (2000) (internal quotation marks and citations omitted).

　　　　Although the Court denied Petitioner's application for a writ of habeas corpus, the Court believes that reasonable jurists could debate whether the petition should have been resolved in a different manner. As the issues raised are significantly intertwined, the Court declines to single out any specific issue for different treatment. Accordingly, a COA shall issue as to all claims in the petition.

　　　　**IT IS SO ORDERED**.

　　　　Dated this the 7th day of February 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1